Milton Edward Griggs (Appellant)

Vs.

State of Texas

(Appellees)

Court Of Appeals
Sixth Appellate District
State Of Texas

Appellate Case No.#
615-00047-CR
Trial No.#
#1401075  FILED IN
The Court of Appeals
4-15-15 Sixth District
APR 2 0 2015

RECEIVED IN
The Court of Appeals
Sixth District
APR 2 0 2015
Texarkana, Texas
Debra Autrey; Clerk

Texarkana, Texas
Debra K. Autrey, Clerk

## Request for Extension of Time To File Appeal Due To Denial of Access to Court Requesting Access To Court

Now come the Appeallant, Milton Edward Griggs and file his request for Extension of time to file his Appeal in the Above case, Such is as Follows:

As an Inmate at the Hunt County B Jail in Greenville TX. I am Denied Access to A Library by Hunt County Court & Jail officials. (See Hereto Attached Request Hereto Submitted In support of said motion being Hereto filed.)

Appellant upon requesting Appeal and the Court appointing Jessica Edwards for my Appeal, Did infact withdraw from my appeal April 6, 2015 leaving me the burden to file my own Brief &or Writ with this Honorable Court of Appeals Court.

Appellant is Not An Attorney and know little of law and is being Denied Access to A Law Library and Legal Access.

Appellant Hereby ask this court to Grant his Request for Extension of Time of 45 days to file his Brief &or Writ, Appellant further Request that this Court Issue an Order against the Appellees, Ordering the Appellees to Allow Appellant Access to A Law Library As Soon As Possible.

(Page 1 of 2)

## Prayer

Wherefore I Hereby Pray that this Honorable Appeals Court Grant Appellants Request for Extension of Time And Issue an Order Ordering Appellees to Allow the Appellant Access to A Law Library ¿OR? Render some Form of Assistance Deemed Appropriate. Hereby Submitted this 15th Day of April 2015.

## Certificate Of Service

I Milton Edward Griggs Hereby State Under Oath of Both State & Federal Laws the Above Written Is True & Correct and is being Forwarded by Mail on this 15th Day of April 2015.

( 1 Document Attached )
( Hereto In support )

Respectfully Submitted
Milton Edward Griggs
Milton Edward Griggs
#25791
Hunt County Jail
2801 Stuart St.
Greenville TX.
75401

Page 2 of 2



# HUNT COUNTY
# SHERIFF'S OFFICE

Randy Meeks, Sheriff
2801 Stuart Street
Greenville, TX 75401
903.453.6800

## INMATE REQUEST FORM

INMATE NAME & SO#: Milton Griggs #25791  TANK: #232

REQUEST TO: Jail Administrator & OR Whomever this may concern

REQUEST: I am requesting Immediate access to a Law library Per my case pending In the Court ot Appeal In Texarkana TX. Regarding my Brief. I Hereby request access to such And are request to speak with someone regarding such ASAP. Such would definitely deprive me of my rights. Please Asist Me!
Thank
You

INMATE SIGNATURE: Milton Griggs     DATE: 4-8-15

RECEIVING OFFICER SIGNATURE: Norris     DATE RECEIVED: 4-9-15

RESPONSE: We don not have a Law LiBRary you Need to contact your Attorney He on she will Act As your Law LiBRary

CPT. Stevens

ESPONDING OFFICER SIGNATURE: _____ DATE: _____